GLASS *v.* DOE, on the Demise of MURPHY, on Appeal.

LONG.
v.
LONG.

AN infant, having a title to land for which an action of eject-ment is brought, has a right to be admitted a defendant on the usual terms; and the Court should appoint a guardian for him, in order that he may be enabled to defend the suit.

*Friday,*
*November* 13.

---

WHEELER and Another *v.* EMMERSON, on Appeal.

ONE of two defendants in chancery cannot be examined as a witness by the complainant, without a special order of the Court.

*Friday,*
*November* 13

---

LONG *v.* LONG, on Appeal.

DEBT on a writing obligatory for the payment of *one hun-dred and twenty dollars.* The declaration set forth the sum in words as above. The note, when produced on oyer, showed a promise to pay $120.; the sum being expressed in figures. *Held,* that the variance was immaterial.

*Friday,*
*November* 13.

Plea, in this case, that the obligation had been given to the plaintiff in part payment of a tract of land purchased of him by the defendant, which land had been previously devised to the plaintiff; that the plaintiff knew of the will, and had had it under his control, for three years next ensuing the testator's death, but had not, within that time, caused the same to be proved and recorded. *Held,* on demurrer, that the plea was insufficient.